# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **IRENE SIFUENTES,** <br><br> Plaintiff, <br><br> v. <br><br> **BERRY ARNOLD and NATIONAL BEEF PACKING COMPANY, LLC,** <br><br> Defendants. | Civil Action 7:13-CV-88 (HL) |

## ORDER

Counsel for Plaintiff is ordered to provide a report in writing as to the status of this litigation. The report must be filed no later than October 9, 2013.

**SO ORDERED**, this the 2nd day of October, 2013.

                                                  *s/ Hugh Lawson*
                                                  **HUGH LAWSON, SENIOR JUDGE**

mbh